Noah OWENS, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 30, 1953.

O. J. Cockrell, Jackson, for appellant.

J. D. Buckman, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Breathitt Circuit Court by Noah Owens from a judgment convicting him of the offense of possessing alcoholic beverages in local option territory for the purpose of sale and fixing his punishment at a fine of $100 and confinement for 30 days in jail.

A consideration of the record discloses no error prejudicial to the appellant's substantial rights and the judgment is affirmed.

J. Will STARK, Appellant, v. Porter D. BUTT et al., Appellees.

Court of Appeals of Kentucky.

Oct. 30, 1953.

Bell, Stagner & Orr, Bowling Green, for appellant.

Rodes K. Myers, Leland H. Logan, Bowling Green, for appellees.

PER CURIAM.

Judgment for defendants in action for breach of rental contract and conversion of personal property.

The motion for an appeal is overruled and the judgment stands affirmed.